554

No. 151. CHAPMAN v. HOAGE, DEPUTY COMMISSIONER, ET AL. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia is granted. The motion for leave to proceed *in forma pauperis* is also granted. *Messrs. Harlan Wood* and *James P. Donovan* for petitioner. *Messrs. G. Bowdoin Craighill* and *Frank H. Myers* for respondents.

No. 192. TYSON v. UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit is granted. The motion for leave to proceed *in forma pauperis* is also granted. *Mr. J. Melville Broughton* for petitioner. *Solicitor General Reed* and *Messrs. Will G. Beardslee, Wilbur C. Pickett, Randolph C. Shaw,* and *W. Marvin Smith* for the United States.

No. 199. DISMUKE v. UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is granted. The motion for leave to proceed *in forma pauperis* is also granted. *Mr. John J. McCreary* for petitioner. *Solicitor General Reed* and *Messrs. James W. Morris, Alexander Holtzoff, Paul A. Sweeney,* and *M. Leo Looney, Jr.,* for the United States.

No. 33. UNITED STATES v. CALIFORNIA. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for the United States. *Messrs. U. S. Webb* and *Ralph O. Marron* for respondent.